IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Effrian Alex Valenzuela, Jr.,<br><br>Defendant. | No. CR-18-02218-001-TUC-JCH (BGM)<br><br>**ORDER** |

Before the Court is Magistrate Judge Bruce G. Macdonald's Report and Recommendation ("R&R") (Doc. 87). Judge Macdonald recommends finding that Defendant violated Special Conditions Numbers 7 and 17 of his Supervised Release. *See id.* at 4–5. No objections to the R&R were filed. *See generally* docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied that Judge Macdonald's

recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 87).

**IT IS FURTHER ORDERED DIRECTING** the United States Probation Office to prepare a disposition report.

**IT IS FURTHER ORDERED SETTING** a final disposition hearing for **January 17, 2024**, at **3:50PM**.

Dated this 28th day of November, 2023.

John C. Hinderaker
United States District Judge

CC: United States Probation Office